# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELTA AIR LINES, INC., a business, form unknown; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 14-cv-08847-CAS-FFM<br><br>**[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 9, 2014 |

PURSUANT TO THE PARTIES STIPULATION, IT IS ORDERED that this matter be dismissed with prejudice in accordance with the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: March 10, 2016

　　　　　　　　　　　　　　　　　　_/s/ Christina A. Snyder_
　　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　　Judge, United States District Court